**Order entered January 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01278-CV

### DENNIS JAMES POLEDORE, JR., Appellant

### V.

### CHERI YOLANDA DANIEL, Appellee

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-10565

## ORDER

Before the Court is appellant's December 28, 2018 motion requesting a paper copy of the clerk's record. We **GRANT** appellant's motion. We **DIRECT** the Clerk of this Court to send a paper copy of the clerk's record to appellant.

The reporter's record is past due. In his motion, appellant states that he did not request preparation of the reporter's record. Accordingly, on the Court's own motion, we **ORDER** the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file his brief by **February 15, 2019**.

/s/    ADA BROWN
        JUSTICE